1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| RICHARD FRIEDMAN, an individual; and LESLIE FRIEDMAN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NA., an National Association, SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, NA F/K/A WACHOVIA MORTGAGE FSB F/K/A WORLD SAVINGS BANK, FSB; NDEX WEST, LLC, a Delaware limited liability corporation; and DOES 1 THROUGH 100, inclusive ,<br><br>Defendants. | CASE NO.: 2:14-cv-00123 BRO (PLAx)<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[*Assigned to the Hon. Beverly Reid O'Connell*] |
|---|---|

1  The Court, having read the stipulation of dismissal between plaintiffs
2  Richard Friedman and Leslie Friedman and defendant WELLS FARGO BANK,
3  N.A., successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia
4  Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo"), and good cause
5  showing:

7  IT IS HEREBY ORDERED:

8  Pursuant to the stipulation of plaintiffs and Wells Fargo; the above-entitled
9  action is dismissed with prejudice as to all parties, with the parties to bear their
10 own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 17, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE